UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WORLDWIDE MACHINERY LTD. d/b/a Worldwide Machinery Pipeline Division,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAZNLINE CONSTRUCTION, INC.,<br><br>    Defendant. | Case No. CV-19-81 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     **JUDGMENT IN FAVOR OF WORLDWIDE MACHINERY** *LTD d/b/a Worldwide Machinery Pipeline Division* **AND AGAINST CHAZNLINE CONSTRUCTION INC. (order filed on 10/22/2019 docket entry 10)**

Dated this 22nd day of October, 2019.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ A. Carrillo
                                      Deputy Clerk